UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMAR JOHNSON,<br><br>       Plaintiff,<br><br>    -v.-<br><br>THE CITY OF NEW YORK and RENRICK BENN, *D.D.S.*,<br><br>       Defendants. | 22 Civ. 6127 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of Defendant City of New York's motion to dismiss this action filed December 20, 2022 (Dkt. #18-20). This motion is DENIED without prejudice to refiling in accordance with the Court's Individual Rules. *See* Hon. Katherine Polk Failla Individual Rules of Practice in Civil Cases § 4(A) (requiring the submission of pre-motion letters and a request, if any, for a pre-motion conference).

  The Clerk of Court is directed to terminate the pending motion at docket number 18.

  SO ORDERED.

Dated: December 21, 2022
     New York, New York

                     *[signature]*
                   KATHERINE POLK FAILLA
                   United States District Judge