UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMAR JOHNSON,

      Plaintiff,

-v.-

THE CITY OF NEW YORK; DENTIST JOHN DOE,

      Defendants.

22 Civ. 6127 (KPF)

**ORDER OF SERVICE**

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of Plaintiff's amended complaint filed December 12, 2022. (Dkt. #17). Further to the Court's order on November 10, 2022 (Dkt. #16), the Clerk of Court is directed to complete the USM-285 forms with the address for Dr. Renrick Benn and deliver all documents necessary to effect service to the U.S. Marshals Service.

  If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

  The Clerk of Court is directed to mail a copy of this endorsement to Plaintiff at his address of record.

  SO ORDERED.

Dated: December 28, 2022
    New York, New York

                  KATHERINE POLK FAILLA
                  United States District Judge