UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMAR JOHNSON,

                Plaintiff,

          -v.-

THE CITY OF NEW YORK; RENRICK BENN, *D.D.S.*,

                Defendants.

22 Civ. 6127 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

After speaking with defense counsel, the Court is concerned that Mr. Johnson may be unaware of the initial pre-trial conference currently scheduled for January 5, 2023. The Court also notes that Defendant City of New York filed a motion to dismiss dated December 20, 2022 (Dkt. #19), which the Court denied without prejudice to its refiling on December 21, 2022, noting that a party wishing to file a motion to dismiss must first submit a pre-motion letter in accordance with Rule 4(A) of the Court's Individual Rules of Practice of Civil Cases (Dkt. #22).

Defendants are hereby ordered to file a pre-motion letter regarding their anticipated motion to dismiss on or before **January 9, 2023**, and mail the letter to Plaintiff at his address of record. Plaintiff's response to the pre-motion letter, if any, will be due on or before **February 2, 2023**.[1] Accordingly, the initial pretrial conference currently scheduled for January 5, 2023, is hereby

---

[1] The Court notes that a letter response from Plaintiff is not required, and that, either way, he should be prepared to discuss Defendants' pre-motion letter at the conference.

converted to a pre-motion conference and ADJOURNED to **February 17, 2023, at 3:30 p.m.**

It is hereby ORDERED that the Warden or other official in charge of the Great Meadow Correctional Facility, produce prisoner Kamar Johnson, DIN: 21-A-2600, on **February 17, 2023, at 3:30 p.m.** at a suitable location within the Great Meadow Correctional Facility equipped with a telephone, for the purpose of participating by telephone in the conference with the Court and defense counsel in the above referenced matter. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0290.

Counsel for Defendants must (i) transmit this Order to the Warden forthwith; (ii) contact the Great Meadow Correctional Facility forthwith to arrange the call and to determine the telephone number at which *pro se* Plaintiff will be reachable at the above time and date; and (iii) telephone the Court with *pro se* Plaintiff on the line at the time and date of the conference. The dial-in information is as follows: At 3:30 p.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note that the conference line will not be available until 3:30 p.m.

The Clerk of Court is directed to mail a copy of this Order to Mr. Johnson at his address of record.

SO ORDERED.

Dated:   December 29, 2022
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

3