UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMAR JOHNSON,<br><br>                             Plaintiff,<br><br>            -v.-<br><br>THE CITY OF NEW YORK; RENRICK BENN, D.D.S.,<br><br>                             Defendants. | 22 Civ. 6127 (KPF)<br><br>**ORDER OF SERVICE** |

KATHERINE POLK FAILLA, District Judge:

As discussed at the parties' conference with the Court in this matter on February 17, 2023, the parties are directed to comply with the following briefing schedule:

- Plaintiff's second amended complaint shall be filed on or before **March 17, 2023**.

- Defendants' joint motion to dismiss shall be filed on or before **April 21, 2023**.

- Plaintiff's opposition to Defendants' motion to dismiss shall be filed on or before **May 31, 2023**.

- Defendants' reply brief, if any, shall be filed on or before **June 23, 2023**.

The Clerk of Court is directed to mail a copy of this endorsement to Plaintiff at his address of record.

SO ORDERED.

Dated: February 17, 2023
       New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge