UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMAR JOHNSON,

                Plaintiff,

      -against-

RENRICK BENN,

                Defendant.

22-CV-6127 (JGLC)

**NOTICE OF REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. **Plaintiff and counsel for Defendant must familiarize themselves with the Court's Individual Rules and Practices, including those for** *pro se* **litigants, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

      The Clerk of Court is directed to mail a copy of this Notice of Reassignment and of the Court's Individual Rules and Practices in Civil *Pro Se* Cases to Plaintiff at his address of record.

Dated: August 1, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge