UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMAR JOHNSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>RENRICK BENN, D.D.S,<br><br>　　　　　　　　　　Defendant. | 22-CV-6127 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

　　By order dated August 4, 2025, the Court entered the fourth amended case management plan and scheduling order which extended the fact discovery deadline as requested by the parties. ECF Nos. 91, 94. In so doing, the Court set a post-discovery case management conference to occur on November 13, 2025. *Id.* Because discovery has been extended, and for the avoidance of doubt, the Court makes clear that the case management conference previously scheduled for September 25, 2025 (*see* ECF No. 90) is ADJOURNED.

Dated:　September 17, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　*Jessica Clarke*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JESSICA G. L. CLARKE
　　　　　　　　　　　　　　　　　　　　United States District Judge