**Omnus Law**

# MEMO ENDORSED.

Martin E. Karlinsky, Esq.
Attorney at Law, Partner
Phone: 917.623.9102
MartinKarlinsky@OmnusLaw.Com

March 13, 2026

*VIA ECF SYSTEM*

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 20D
New York, NY 10007-1312

*Re:    Kamar Johnson v.  Renrick Benn, D.D.S., Unted States District Court, Southern District of New York, 22 civ. 6127 (JGLC)(OTW)*

Dear Magistrate Judge Wang,

As the Court may recall, we represent plaintiff Kamar Johnson in the above action. By endorsed order dated February 16, 2026 (ECF 108), the Court extended the parties' time within which to file a stipulation and order of dismissal to March 13, 2026. We write now to request that the Court further extend that date, from today to April 17, 2026. As the Court will recall, in February the parties reached an agreement in principle to settle and dismiss this action in consideration of the payment of money damages. We made our earlier request for an extension of time to deal with any lien applicable to this matter arising under the New York State Victims of Crime Act (the "Act"). Our inquiries with the New York State office that administers the Act have yet to yield a definitive answer, and we accordingly require additional time to do so. Defendant consents to the request. With your Honor's leave, we ask for an additional thirty days, or until April 17, 2026, to do so. We thank the Court for its continuing courtesies.

Respectfully,

//Martin E. Karlinsky

Martin E. Karlinsky

MEK/

cc:    Megan Maxson, Esq. (Counsel for Defendant (via ECF))

Application **GRANTED.** The Court adopts Plaintiff's proposed deadline.

**SO ORDERED.**

Ona T. Wang    March 16, 2026
U.S.M.J.

 136 Madison Ave Fls. 5 & 6, New York, NY 10016
Global Mailing: 299 S Main St, Ste 1300, Salt Lake City, UT 84111

 (888) 560-1696

 www.omnuslaw.com

